IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY MULLEN,<br><br>      Plaintiff,<br><br>v.<br><br>BEAVER VALLEY HOSPITALITY ASSOCIATES II, L.P. and BEAVER VALLEY HOSPITALITY II MANAGEMENT, LLC,<br><br>      Defendants. | Case No. 2:23-cv-001960-MPK |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Bartley Mullen, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendants, Beaver Valley Hospitality Associates II, L.P. and Beaver Valley Hospitality II Management, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

Dated: February 26, 2024

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorney for Plaintiff*